<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6262**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HERBERT FREEMAN DAVIS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Dennis W. Shedd, District Judge. (CA-00-3608)

───────────

Submitted:  May 31, 2001              Decided:  June 8, 2001

───────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Herbert Freeman Davis, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert Davis appeals the district court's order construing his motion challenging the computation of his sentence as a habeas petition and transferring it to the Middle District of Pennsylvania, where he is currently incarcerated, on that basis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Davis, No. CA-00-3608 (D.S.C. Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2